UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

FRANK L. JUDE, JR.,

    Plaintiff,

STATE OF WISCONSIN DEPARTMENT OF
JUSTICE, OFFICE OF CRIME VICTIM
COMPENSATION SERVICES and STATE OF  Case No. 06-C-1101
WISCONSIN, DEPARTMENT OF HEALTH AND
FAMILY SERVICES,

    Involuntary Plaintiffs,

 v.

CITY OF MILWAUKEE, et al.,

    Defendants

___

KIRSTEN ANTONISSEN,

    Plaintiff,

 v.    Case No. 06-C-1103

CITY OF MILWAUKEE, et al.,

    Defendants

___

KATIE BROWN,

    Plaintiff,

 v.    Case No. 06-C-1104

CITY OF MILWAUKEE, et al.,

    Defendants

___

LOVELL A. HARRIS,

Plaintiff,

v.  Case No. 07-C-0061

POLICE OFFICER JON CLAUSING, et al.,

Defendants

**ORDER OF CONFIDENTIALITY**

Consistent with the stipulation reached between the parties, all personnel records, including but not limited to personnel files, background investigation files, testing records, internal investigatory documents, and any documents produced by the City of Milwaukee and any subdivision of the City of Milwaukee, including but not limited to the Milwaukee Fire and Police Commission, the Department of Employee Relations, the Milwaukee Police Department, or the Milwaukee Police Department's Professional Performance Division (previously known as the Internal Affairs Division), and any deposition testimony, sworn affidavit, or other document or recording which refers to or discusses such documents or their content, shall be maintained in the strictest confidence, consistent with Civil L.R. 26.4. Said documents, deposition testimony, affidavits or other records or recordings shall be used by the parties only for purposes related to the pending litigation, and shall only be divulged to the parties, their attorneys or their experts. Should any of said documents, deposition testimony, affidavit or other record or recording be included within any court filing, said court filing shall be filed with the court under seal, and placed in an envelope marked "Confidential." ***The Court recognizes that the parties in the above-captioned matters reserve the right to seek the removal of said documents, deposition testimony, affidavits, or other records or recordings***

*from the provisions of Civil L.R. 26.4, pursuant to future stipulation or through future order of the Court. No document filed with the court will remain sealed unless the party seeking to maintain confidentiality shows good cause.*

Dated at Milwaukee, Wisconsin this 23 day of October, 2008.

BY THE COURT:

/s_____
HON. LYNN S. ADELMAN
United States District Court Judge