UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**FRANK L. JUDE, JR., et al,**
        **Plaintiffs,**

   v.                                                       **Case No. 06C1101**

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

## **MEMORANDUM**

In the past few weeks, plaintiff has filed three discovery motions – two motions to compel and a motion for protective order. In violation of the scheduling order, these motions were not filed pursuant to Civil Local Rule 7.4. (Feb. 27, 2008 Sched. Order ¶ 4.b.)[1] Instead, they were filed as ordinary motions pursuant to Civil Local Rule 7.1. Under Rule 7.4, briefs are limited to three pages and must be filed on an expedited basis. Under Rule 7.1, however, it can take as long as a month and a half for motions to be fully briefed, and the briefs can be as long as thirty pages. Consequently, a party's failure to utilize Rule 7.4 results in needless delay. I will not add to this delay by striking the pending motions and ordering that they be re-filed under Rule 7.4. However, I hereby remind the parties that all discovery and other non-dispositive motions must be filed pursuant to Rule 7.4.

Dated at Milwaukee, Wisconsin, this 17 day of June, 2009.

                                                     /s_____
                                                     LYNN ADELMAN
                                                     District Judge

---

[1] Although the original scheduling order has been amended and supplemented numerous times, the requirement that all discovery motions be filed pursuant to Civil Local Rule 7.4 has not changed.