# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FRANK JUDE, JR, et al.**
    **Plaintiffs,**

v.                              **Case No. 06-C-1101**

**CITY OF MILWAUKEE, et al.**
    **Defendants.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: 8/19/09
Time Commenced: 10:30 a.m.      Concluded: 11:05 a.m.
Clerk: Mike Ashton      Court Reporter: Cynthia Bohman

APPEARANCES:

Plaintiffs:      Jon Safran & Jeff Patza for plaintiff Frank Jude, Jr.

Defendants:      Miriam Horwitz for defendant City of Milwaukee
                       David Geraghty for defendant Ryan Lemke
                       John Schiro for defendant Joseph Schabel
                       Lance Grady for defendant Ryan Packard
                       Michael Whitcomb for defendant Daniel Masarik
                       Raymond Dall'Ostro for defendant Jon Clausing

Nature of Conference:      Status

Notes:

- Parties agree that the scheduling order must be amended. City of Milwaukee will submit a proposed order with new deadlines.
- Plaintiff's motion to compel Jon Bartlett's discovery responses is granted. Court will issue an order granting motion and stating that Bartlett must pay plaintiff's costs and attorneys' fees incurred in connection with motion to compel unless responses are served by August 28, 2009.
- Plaintiff's motion to compel Blum to answer deposition questions is granted in part and denied in part, as stated on the record. See transcript for details.

- Plaintiff's motion for a protective order is denied.