# SAMSTER, KONKEL & SAFRAN, s.c.
## ATTORNEYS AT LAW

James P. Samster
Jerome A. Konkel*
Jonathan S. Safran

1110 North Old World Third St., Suite 405
Milwaukee, Wisconsin 53203

Telephone: (414) 224-0400
Facsimile: (414) 224-0280
www.skslawyers.com

*Certified Civil Trial Specialist by
the National Board of Trial
Advocacy

December 8, 2009

Honorable Lynn Adelman
U.S. District Court Judge
U.S. District Court, Eastern District of Wisconsin
364 United States District Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE: *Frank L. Jude, Jr., et al. v. City of Milwaukee, et al.*
            Case No. 06-C-1101

Dear Judge Adelman:

On December 7, 2009, Plaintiff, Frank L. Jude, Jr., filed, through the ECF filing system, the following documents:

1. Notice of Motion and Motion for Judgment on the Pleadings Against Defendant, Joseph Schabel,
2. Brief in Support of Motion, and,
3. Proposed Order for Judgment.

In addition, on December 7, 2009, Plaintiff, Frank L. Jude, Jr., filed, through the ECF filing system, the following documents

1. Notice Of Motion And Motion For An Interlocutory Summary Judgment That, Defendant, Joseph Schabel, Acted Within The Scope Of His Employment With Defendant, City Of Milwaukee; Therefore, Defendant, City Of Milwaukee, Shall Indemnify Defendant, Joseph Schabel, For Any Judgment Entered Against Him, Pursuant To Wisconsin Statute Section 895.46(1)(a)
2. Proposed Findings of Fact in Support of Motion,
3. Brief in Support of Motion,
4. Affidavit of Jonathan S. Safran, with Exhibits A-K, in Support of Motion, and,
5. Proposed Order for Judgment.

Page Two
December 8, 2009

Unfortunately, the filed Affidavit of Jonathan S. Safran, referred to above (Document #349-3), was not notarized. Accordingly, the notarized Affidavit of Jonathan S. Safran was filed on today's date, through the ECF filing system (Document #350). I apologize for any confusion and inconvenience.

In addition, the two proposed Order for Judgment word documents were filed by e-mail to your attention, and copies of this letter and copies of all of the filed documents are being provided to you in your chambers, pursuant to your Standing Order.

This will also confirm that all counsel of record and all unrepresented parties have also received copies of this letter and all filed documents.

Yours very truly,

SAMSTER, KONKEL & SAFRAN, S.C.

Jonathan S. Safran
*jsafran@skslawyers.com*

JSS:jdp
cc: Attached Service List

# SERVICE LIST

**Frank L. Jude, Jr., et al. v. City of Milwaukee, et al.**
U.S. District Court; Eastern District of Wisconsin
Case No. 06-C-1101

| **PARTIES** | **COUNSEL** |
|---|---|
| City of Milwaukee | Miriam Horwitz  #1016150<br>Susan E. Lappen  #01003567<br>Assistant City Attorney<br>City of Milwaukee<br>800 City Hall<br>200 East Wells Street<br>Milwaukee, WI  53202-3551<br>Phone: (414) 286-2601<br>Fax:    (414) 286-8550<br>E-Mail: mhorwi@milwaukee.gov<br>E-Mail: slappe@milwaukee.gov |
| Jon Bartlett | Bridget E. Boyle    #1024879<br>Boyle, Boyle & Boyle, S.C.<br>2051 West Wisconsin Avenue<br>Milwaukee, WI  53233<br>Phone: (414) 343-3300<br>Fax:    (414) 343-3310<br>E-Mail: bboyle@Boylelaw.com |
| Nicole Belmore | Gregg Gunta     #1004322<br>Kevin Reak      #1004316<br>Gunta & Reak, S.C.<br>219 North Milwaukee Street<br>Milwaukee, WI  53202<br>Phone: (414) 291-7979<br>Fax:    (414) 291-7960<br>E-Mail: gjg@gunta-reak.com<br>E-Mail: kpr@gunta-reak.com |
| Jon Clausing | Raymond M. Dall'Osto   #1017569<br>Gimbel, Reilly, Guerin & Brown<br>Two Plaza East, Suite 1170<br>330 East Kilbourn Avenue<br>Milwaukee, WI  53202<br>Phone: (414) 271-1440<br>Fax:    (414) 271-7680<br>E-Mail: dallosto@grgblaw.com |
| Ryan Lemke | David P. Geraghty    #1017038<br>Darnieder & Geraghty<br>735 North Water Street, #930<br>Milwaukee, WI  53202<br>Phone: (414) 277-1400<br>Fax:    (414) 277-7087<br>E-Mail: dave.geraghty@dwdglaw.com |

| | |
|---|---|
| Daniel Masarik | Michael A.I. Whitcomb  #1016561<br>Law Offices of Michael A.I. Whitcomb<br>633 West Wisconsin Avenue, Suite 510<br>Milwaukee, WI 53203-1918<br>Phone: (414) 277-8384<br>Fax:    (414) 277-8002<br>E-Mail: maiw-law@execpc.com |
| Ryan Packard | Lance S. Grady   #1012521<br>Grady, Hayes & Neary, LLC<br>N14 W23777 Stone Ridge Drive, #200<br>Waukesha, WI 53188<br>Phone: (262) 347-2001<br>Fax:    (262) 347-2205<br>E-Mail: lsg@ghnlawyers.com |
| Michele (Bartlett) Roman | Appearing *pro sé*<br>544 East Ogden Avenue<br>Suite 700-237<br>Milwaukee, WI 53202<br>E-Mail: Michele_roman@live.com |
| Joseph Schabel | John S. Schiro   #1009184<br>Schiro & Zarzynski<br>735 West Wisconsin Avenue, 12th Floor<br>Milwaukee, WI 53233<br>Phone: (414) 224-0825<br>Fax:    (414) 224-1411<br>E-Mail: JSchiro@WisconsinTrialLawyers.com |
| Andrew Spengler | Appearing *pro sé*<br>c/o Susan Spengler<br>1520 West Ramsey Avenue<br>Milwaukee, WI 53221<br>E-Mail: suespengler@wsbonline.com |
| State of Wisconsin Department of Justice, Office of Crime Victim Compensation Services AND State of Wisconsin, Department of Health and Family Services | Joseph T. Ganzer   #1036120<br>Assistant Attorney General<br>Wisconsin Dept. of Justice<br>17 West Main Street<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Phone: (608) 266-9230<br>Fax:    (608) 267-8906<br>E-Mail: ganzerjt@doj.state.wi.us |