UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

FRANK L. JUDE, JR.,

                Plaintiff,

STATE OF WISCONSIN DEPARTMENT OF
JUSTICE, OFFICE OF CRIME VICTIM
COMPENSATION SERVICES and STATE OF     Case No. 06-C-1101
WISCONSIN, DEPARTMENT OF HEALTH AND
FAMILY SERVICES,

                Involuntary Plaintiffs,

  v.

CITY OF MILWAUKEE, et al.,

                Defendants

_____

## ORDER COMPELLING DISCOVERY
_____

Upon the Stipulation Compelling Discovery, filed previously,

IT IS HEREBY ORDERED that Defendant, Andrew Spengler, shall respond to all discovery requests, including but not limited to: (1) Depositions by Oral Examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure; (2) Interrogatories, pursuant to Rule 33 of the Federal Rules of Civil Procedure; and (3) Requests for the Production of Documents, pursuant to Rule 34 of the Federal Rules of Civil Procedure, without invoking the Fifth Amendment to the United States Constitution privilege against self-incrimination.

IT IS FURTHER ORDERED that Defendant, Andrew Spengler, shall respond to all discovery requests, including but not limited to: (1) Depositions by Oral Examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure; (2) Interrogatories, pursuant to Rule 33 of the Federal Rules of Civil Procedure; and (3) Requests for the Production of Documents, pursuant to

Rule 34 of the Federal Rules of Civil Procedure, and shall not object and refuse to answer based upon the Protective Order, dated November 14, 2006, entered in *United States v. Andrew Spengler*, United States Court for the Eastern District of Wisconsin Case No. 06-CR-273.

Dated this 16 day of December, 2009.

BY THE COURT:

/s_____
The Honorable Lynn Adelman
District Court Judge