FRANK L. JUDE, JR.,

        Plaintiff,

STATE OF WISCONSIN DEPARTMENT OF
JUSTICE, OFFICE OF CRIME VICTIM
COMPENSATION SERVICES and STATE OF       Case No. 06-C-1101
WISCONSIN, DEPARTMENT OF HEALTH AND
FAMILY SERVICES,

        Involuntary Plaintiffs,

    v.

CITY OF MILWAUKEE, et al.,

        Defendants

---

**PLAINTIFF, FRANK L. JUDE, JR.'S, NOTICE OF MOTION AND MOTION TO HOLD COUNSEL FOR DEFENDANT, JON BARTLETT, IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH THIS COURT'S AUGUST 19, 2009 ORDER, AND FOR AN AWARD OF THE REASONABLE ATTORNEYS' FEES INCURRED BY MR. JUDE IN BRINGING HIS MOTION TO COMPEL MR. BARTLETT'S DISCOVERY RESPONSES**

---

TO:    **All Counsel of Record and All Unrepresented Parties**

     **PLEASE TAKE NOTICE** that the above-named Plaintiff, Frank L. Jude, Jr., by his

attorneys, Samster, Konkel & Safran, S.C., will move that branch of the United States District

Court for the Eastern District of Wisconsin, presided over by the Honorable Lynn S. Adelman, to

hold counsel for Defendant, Jon Bartlett, Bridget E. Boyle, in contempt of Court for failure to

comply with this Court's August 19, 2009 Order, and for an award of the reasonable attorneys'

fees incurred by Mr. Jude in bringing his Motion to Compel Mr. Bartlett's discovery responses.

This motion is brought pursuant to this Court's August 19, 2009 Order, and for the reasons more fully set forth in the supporting affidavit, attached hereto and filed in support of this motion.

/s/ Jonathan S. Safran
Jonathan S. Safran
*SBN: 01000881*
Jerome A. Konkel
*SBN: 1000149*
SAMSTER, KONKEL & SAFRAN, S.C.
Attorneys for Plaintiff, Frank L. Jude, Jr.
1110 North Old World Third Street
Suite 405
Milwaukee, WI 53203
Phone: (414) 224-0400
Fax:      (414) 224-0280
E-Mail: *jsafran@skslawyers.com*
E-Mail: *jkonkel@skslawyers.com*

Date: February 5, 2010

2