# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FRANK L. JUDE, JR., et al,**
        **Plaintiffs,**

  v.                                                        **Case No. 06-C-1101**

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

## DECISION AND ORDER

Plaintiff Frank Jude, Jr. has filed a motion to extend the remaining deadlines in the scheduling order by 60 days. Most parties agree to the extension, but the City of Milwaukee opposes the motion and pro se defendant Andrew Spengler has not taken a position on it. Jude requests the extension because under the current scheduling order, he must make his expert disclosures (including reports) by May 1, 2011, yet the City has recently produced 3,800 pages of documents in response to his discovery requests, and Jude and his expert witness need additional time to review the documents before making expert disclosures. The City opposes the extension because the scheduling order has already been amended numerous times, and because the plaintiff has not identified how the recently disclosed documents would affect his expert's opinions.

Because plaintiff should be allowed to review the recently produced documents and provide them to his expert before the expert's report is finalized, I will grant the request for an extension. However, although 3,800 pages is voluminous, it is not so voluminous that it will take plaintiff two months to review the documents. Thirty days seems sufficient, and therefore I will grant the request for an extension to the extent that all remaining deadlines in the scheduling order will be extended by thirty days.

In his motion, plaintiff also notes that it is his position that the City has not yet fully responded to his latest discovery requests. The parties are encouraged to resolve this dispute quickly and without involving the court so that further amendments to the scheduling order are not requested.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for an eighth amended scheduling order is **GRANTED IN PART**, in that a scheduling order will be issued that extends the remaining deadlines by 30 days.

Dated at Milwaukee, Wisconsin, this 27th day of April, 2011.

/s_____
LYNN ADELMAN
District Judge