# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FRANK L. JUDE, JR., et al,**
        **Plaintiffs,**

v.                                                                                            **Case No. 06-C-1101**

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

## DECISION AND ORDER

On May 6, 2011, defendant Andrew Spengler filed a document captioned "Motion for Reconsideration of Dismissal." Spengler devotes most of the body of this motion to accusing plaintiff's counsel of attempting to exclude him from these proceedings by failing to serve him with copies of pleadings and other papers. Apparently, counsel for plaintiff inadvertently failed to mail a copy of a motion to extend certain deadlines to Spengler – although he did provide a copy of the motion to Spengler's mother, who has been accepting service on behalf of Spengler during the course of this case. Counsel states that to avoid further confusion he will from now on mail copies of all filings directly to Spengler by U.S. Mail. I therefore consider this issue resolved.

At the end of his motion, Spengler asks that I reconsider "the Defendants Motion." I construe this as a request to reconsider my order of April 13, 2011, in which I denied Spengler's frivolous motion to dismiss. Spengler's current motion does not develop any argument in support of his request for reconsideration, and for that reason the motion will be denied.

**THEREFORE, IT IS ORDERED** that Spengler's motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 10th day of June, 2011.

/s_____
LYNN ADELMAN
District Judge