# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Frank Jude, Jr.,

    Plaintiff,

v.

Case No. 06-C-1101

City of Milwaukee, et al.,

    Defendants.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 10:15 a.m.
Deputy Clerk: MJA

Date: 1/20/2012
Concluded: 11:35 a.m.
Court Reporter: Heidi Trapp

APPEARANCES:

Plaintiff: Jonathan Safran; Jeff Patza; Jerome Konkel; Frank Jude Jr.

Defendants: Rudolph Konrad; Miriam Horwitz; Susan Lappen

Nature of Conference: settlement conference

Notes:

- Claims of Frank Jude Jr. against all defendants settled; terms placed on record.
- Cross claims of defendants against each other remain pending.