# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

FRANK JUDE JR.,
    Plaintiff

v.                                      CASE NUMBER: 06-C-1101

CITY OF MILWAUKEE et al.,
    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the cross-claim of Andrew Spengler against the City of Milwaukee is dismissed as moot.

    February 5, 2014                                                 Jon W. Sanfilippo
Date                                                                    Clerk

                                                                                         s/ D. Monroe
                                                                                         (By) Deputy Clerk